IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD VARGAS, | No. C 13-03209  RS |
| Plaintiff,<br>v. | **CASE MANAGEMENT<br>SCHEDULING ORDER** |
| METROPOLITAN LIFE INSURANCE COMPANY, VERIZON WIRELESS LONG-TERM DISABILITY PLAN, VERIZON WIRELESS, and DOES 1 through 10, | |
| Defendants. | |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on October 17, 2013.  After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

    1.    ALTERNATIVE DISPUTE RESOLUTION.  The parties are to participate in private mediation on or before February 14, 2014.

    2. INITIAL DISCLOSURES.  On or before October 24, 2013, the parties shall complete all initial disclosures.

CASE MANAGEMENT SCHEDULING ORDER

3. DISCOVERY DISPUTES.

Discovery disputes will be referred to a Magistrate Judge. After the parties have met and conferred, the parties shall prepare a joint letter of not more than 8 pages explaining the dispute. Up to 12 pages of attachments may be added. The joint letter must be electronically filed under the Civil Events category of "Motions and Related Filings >Motions--General > Discovery Letter Brief." The Magistrate Judge to whom the matter is assigned will advise the parties of how that Judge intends to proceed. The Magistrate Judge may issue a ruling, order more formal briefing, or set a telephone conference or a hearing. After a Magistrate Judge has been assigned, all further discovery matters shall be filed pursuant to that Judge's procedures.

3. FURTHER CASE MANAGEMENT CONFERENCE. A Further Case Management Conference shall be held on **May 22, 2014 at 10:00 a.m.** in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. The parties shall file a Joint Case Management Statement at least one week prior to the Conference.

4. PRETRIAL MOTIONS. All dispositive pretrial motions, if any, must be filed and served pursuant to Civil Local Rule 7. Each party is limited to one motion for summary judgment absent leave of Court. All pretrial motions shall be heard no later than **May 29, 2014.**

5. TRIAL BRIEFS. Initial trial briefs shall be filed on or before July 11, 2014. Responsive trial briefs shall be filed on or before August 1, 2014.

6. TRIAL DATE. A bench trial shall commence on **August 25, 2014 at 9:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

IT IS SO ORDERED.

DATED: 10/21/13

_____
RICHARD SEEBORG
United States District Judge

CASE MANAGEMENT SCHEDULING ORDER